UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANA REUEL KLEIN, II,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | NO. CV-10-0152-JLQ<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

　　BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF 68). Therein the parties have stipulated to the dismissal of this action **without** prejudice. The Stipulated Motion (ECF 68) is GRANTED. The Clerk of this court shall enter judgment of dismissal **without** prejudice of the Complaint (ECF 2-1) and the claims therein without costs or attorneys fees to any party.

　　**IT IS SO ORDERED:** The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

　　**DATED** this 1st day of February 2011.

　　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1