AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DANA REUEL KLEIN, II,

                Plaintiff,

                v.

DEPARTMENT OF CORRECTIONS, et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-0152-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that based upon the parties' stipulation, this matter is dismissed without prejudice of the Complaint, and the claims therein, without costs or attorneys fees to any party.

| | |
|---|---|
| February 1, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |